# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. BARKER,  )<br>  )<br>        Petitioner,  )<br>  )<br>   v.  )<br>  )<br>GAIL LEWIS, Warden,  )<br>  )<br>        Respondent.  )<br>_____) | CV F 03 6100 AWI LJO HC<br><br>ORDER GRANTING RESPONDENT LEAVE TO FILE SUPPLEMENTAL ANSWER<br>[Doc. 39]<br><br>ORDER GRANTING PETITIONER LEAVE TO FILE TRAVERSE TO RESPONDENT'S SUPPLEMENTAL ANSWER |

     Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

     On July 28, 2003, Petitioner filed a petition for writ of habeas corpus in the United States District Court for the Northern District of California.  By order of the Court dated August 5, 2003, the action was transferred to the Fresno Division of the Eastern District of California.

     On January 22, 2004, Respondent filed an answer to the petition for writ of habeas corpus. On March 16, 2004, Petitioner filed a traverse to Respondent's answer. Since that time, Petitioner has filed several requests for judicial notice of several federal cases, which this Court has granted.

     On February 16, 2005, Respondent filed a motion requesting leave to file a supplemental answer in light of two new decisions interpreting California's parole statute: In re Dannenberg, 34

1  Cal.4th 1061, 1084, 1087-88, 1097-98 (2005) and <u>Sass v. California Board of Prison Terms</u>, No.
2  CIV. S 01-0835 MCE KJM P, [____ F. Supp. 2d ____ ] [2005 WL 1406100] [2005 U.S.
3  Dist. LEXIS _____] (E.D. Cal. June 15, 2005). Good cause having been presented and good cause
4  appearing therefor, Respondent's request is GRANTED.
5      Accordingly, Respondent's supplemental answer is due within thirty (30) days of the date of
6  service of this order. Petitioner's supplemental traverse, if any, is due within thirty (30) days of the
7  filing of Respondent's supplemental answer.
8  IT IS SO ORDERED.
9  **Dated:   July 22, 2005**              **/s/ Lawrence J. O'Neill**
   b9ed48                                    UNITED STATES MAGISTRATE JUDGE