1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD A. BARKER, | ) | 1:03-CV-6100 AWI LJO HC |
| Petitioner, | ) | |
| | ) | ORDER GRANTING REQUEST FOR |
| v. | ) | EXTENSION OF TIME |
| | ) | |
| GAIL LEWIS, Warden, | ) | [Doc. #44] |
| | ) | |
| Respondent. | ) | |

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

        On August 31, 2005, Petitioner filed a first request for an extension of time in which to file a supplemental traverse.  Good cause having been presented to the Court and good cause appearing therefor, Petitioner is GRANTED an extension of time of thirty (30) days to and including **September 25, 2005**, to file a supplemental traverse.

IT IS SO ORDERED.

**Dated:    September 1, 2005             /s/ Lawrence J. O'Neill**
23ehd0                                       UNITED STATES MAGISTRATE JUDGE