UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. BARKER, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> GAIL LEWIS, Warden, ) <br> ) <br> Respondent. ) <br> _____ ) | 1:03-CV-6100 AWI LJO HC <br><br> ORDER GRANTING EXTENSION OF TIME <br> (DOCUMENT #46) |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On September 26, 2005, petitioner filed a second motion to extend time to file a supplemental traverse. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is GRANTED an extension of time of thirty (30) days to and including **October 25, 2005**, to file a supplemental traverse.

IT IS SO ORDERED.

**Dated:   September 30, 2005**          **/s/ Lawrence J. O'Neill**
23ehd0                                                        UNITED STATES MAGISTRATE JUDGE