UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD A. BARKER, | ) | CV F 03 6100 AWI LJO HC |
| | ) | |
| Petitioner, | ) | ORDER DISMISSING PETITIONER'S |
| | ) | MOTION FOR JUDICIAL NOTICE AS |
| v. | ) | MOOT |
| | ) | |
| | ) | [Doc. # 41] |
| GAIL LEWIS, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On July 28, 2003, Petitioner filed a petition for writ of habeas corpus in the United States District Court for the Northern District of California. By order of the Court dated August 5, 2003, the action was transferred to the Fresno Division of the Eastern District of California.

On July 25, 2005, Petitioner filed a motion requesting the Court take judicial notice of several decisions and rulings from the Eastern District of California. Requests for judicial notice of two of the cases, Coleman v. Board of Prison Terms, Case No. CIV-S-96-0783 LKK PAN P and Irons v. Carey, Case No. CIV-S-04-00220 LKK GGH P, were already granted. In any case, the issue is now moot as this Court has reviewed the relevant law and issued a Findings and Recommendation

1  in this matter.
2      Accordingly, Petitioner's motion for judicial notice is DISMISSED as moot.
3  IT IS SO ORDERED.
4  **Dated:   January 26, 2006**          /s/ Lawrence J. O'Neill
   b9ed48                               UNITED STATES MAGISTRATE JUDGE