UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD A. BARKER, | ) | 1:03-CV-06100 AWI LJO HC |
| | ) | |
| Petitioner, | ) | ORDER WITHDRAWING OCTOBER 25, |
| | ) | 2005, FINDINGS AND RECOMMENDATION |
| v. | ) | THAT RECOMMENDED THE PETITION BE |
| | ) | DISMISSED |
| | ) | [Doc. #49] |
| GAIL LEWIS, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On October 25, 2005, the undersigned issued Findings and Recommendation that recommended the petition be DISMISSED for failure to state a claim. The undersigned further recommended that in the event the District Court finds Petitioner has raised cognizable federal claims, the petition should be DENIED with prejudice. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

On January 18, 2006, Petitioner filed objections to the Findings and Recommendation. The undersigned notes that the case of <u>Sass v. California Board of Prison Terms</u>, 376 F.Supp.2d 975

1  (E.D. Cal. 2005), has been appealed to the Ninth Circuit Court of Appeals. According to the Ninth
2  Circuit's docket, the matter was argued and submitted on March 16, 2006.
3        The undersigned hereby WITHDRAWS the Findings and Recommendation issued on
4  October 25, 2005. By separate order, a new Findings and Recommendation will be issued.
5  IT IS SO ORDERED.

6  **Dated:   August 22, 2006**          /s/ Lawrence J. O'Neill
   b9ed48                                UNITED STATES MAGISTRATE JUDGE