UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD A. BARKER, | ) | 1:03-CV-6100 AWI LJO HC |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER GRANTING EXTENSION OF |
| v. | ) | TIME TO FILE OBJECTIONS |
| | ) | (DOCUMENT #65) |
| GAIL LEWIS, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On September 27, 2006, petitioner filed a motion to extend time to file objections to the Findings and Recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file his objections.

IT IS SO ORDERED.

**Dated:   October 18, 2006**            /s/ Lawrence J. O'Neill
23ehd0                                                     UNITED STATES MAGISTRATE JUDGE