UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD A. BARKER, | ) | 1:03-CV-06100 AWI LJO HC |
| | ) | |
| Petitioner, | ) | ORDER MODIFYING ORDER GRANTING |
| | ) | EXTENSION OF TIME ISSUED ON |
| v. | ) | OCTOBER 23, 2006 |
| | ) | |
| GAIL LEWIS, | ) | [Doc. #74] |
| | ) | |
| Respondent. | ) | |

On October 23, 2006, the undersigned issued an order granting Petitioner's September 27, 2006, motion for an extension of time to file objections to the Finding and Recommendation. It has come to this Court's attention that Petitioner filed his objections on October 13, 2006.

Accordingly, the October 23, 2006, order is hereby MODIFIED to reflect that Petitioner's motion for an extension of time is GRANTED *nunc pro tunc* to October 13, 2006.

IT IS SO ORDERED.

**Dated:   October 26, 2006**           /s/ Lawrence J. O'Neill
23ehd0                                  UNITED STATES MAGISTRATE JUDGE